**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6577**

─────────────

UNITED STATES OF AMERICA,

             Plaintiff–- Appellee,

     v.

ANGELO MARQUIS DRAPER,

             Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:12-cr-00090-MSD-DEM-2)

─────────────

Submitted:  April 25, 2024                    Decided:  May 6, 2024

─────────────

Before KING and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Angelo Marquis Draper, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Marquis Draper appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *United States v. Draper*, No. 2:12-cr-00090-MSD-DEM-2 (E.D. Va. Feb. 24, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*